# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| **HMV INDY, LLC,** *Plaintiff* v. **INOVATEUS SOLAR, LLC, et al**, *Defendants* | Case No. 2:20-mc-52-JDW |

## ORDER

AND NOW, this 29th day of June, 2020, upon consideration of the Motion to Compel Miller Bros. Solar LLC To Comply With Non-Party Subpoena Duces Tecum (ECF No. 1), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Miller Brothers Solar LLC shall comply with the subpoena that J Ranck Electric, Inc. served on it (ECF No. 1 at Ex. A), without objection, on or before July 13, 2020.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.